NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRECISION PLANTING, LLC, AGCO CORP.,**
*Appellants*

**v.**

**DEERE & COMPANY,**
*Appellee*

---

2021-1581, 2021-1582, 2021-1583, 2021-1585, 2021-1586, 2021-1587, 2021-1588, 2021-1589, 2021-1590

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-01044, IPR2019-01046, IPR2019-01048, IPR2019-01050, IPR2019-01051, IPR2019-01052, IPR2019-01053, IPR2019-01054, IPR2019-01055.

---

## JUDGMENT

---

MICHAEL JENNINGS SUMMERSGILL, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellants. Also represented by MARK CHRISTOPHER FLEMING, MARK G. MATUSCHAK; HEATH BROOKS, Washington, DC.

RICHARD L. RAINEY, Covington & Burling LLP,

Washington, DC, argued for appellee.  Also represented by
JAY I. ALEXANDER, NICHOLAS LANE EVOY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, CLEVENGER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 5, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court